UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
APR 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

MICHAEL D. BAILEY,

vs.

DERRAL G. ADAMS,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:07-CV-00212 OWW/WMW HC

   Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

TIME BARRED PETITION REASON STATED IN DECISION OF April 21, 2008, Document 16.

Dated: 4-18-08

_____
OLIVER W. WANGER
United States District Judge